COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
WOLFE & WYMAN LLP
6757 Spencer St.
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com

Attorneys for Plaintiffs
DITECH FINANCIAL LLC and
FEDERAL NATIONAL MORTGAGE
ASSOCIATION

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government-sponsored entity, <br><br> Plaintiffs, <br><br> v. <br><br> LOCKMOR HOLDINGS, LLC.; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 520 Arrowhead Trail, #1122, Henderson, NV 89015 . <br><br> Defendants. | CASE NO.: 2:17-cv-01829-JAD-PAL <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTIONS** <br><br> **(FIRST REQUEST)** |

Pursuant to LR 6-1(b), DITECH FINANCIAL LLC (formerly known as Green Tree Servicing LLC (hereinafter "Ditech"), FEDERAL NATIONAL MORTGAGE ASSOCIATION (hereinafter "Fannie Mae") and Lockmor Holdings, LLC (hereinafter after to as "Lockmor") by and through their attorneys, hereby stipulate as follows:

WHEREAS, on September 1, 2017, Defendant Lockmor moved to dismiss. ECF No. 14.

WHEREAS, Fannie Mae and Ditech's response to the Motion to Dismiss is due September 15, 2017.

WHEREAS, on September 1, 2017, Ditech moved for summary judgment. ECF No. 15.

WHEREAS, Lockmor's response to the Motion for Summary Judgment is due on September

1

22, 2017.

WHEREAS the parties wish to extend the deadlines.

Good cause exists to extend the response deadlines based on the volume of cases raising similar issues handled by counsel for Ditech and Fannie Mae.  An extension for Ditech and Fannie Mae to respond to Defendant's Motion to Dismiss will allow Ditech and Fannie Mae the opportunity to more properly address the myriad of substantive issues raised in the Motion to Dismiss, including, *inter alia*, the Federal Foreclosure Bar and the constitutionality of NRS 116.3116, *et al*. An extension for Lockmor to respond to Ditech's Motion for Summary Judgment will allow it the opportunity to more properly address the various issues concerning the constitutionality of NRS 116.3116, *et al*.

Therefore, the parties stipulate and agree as follows:

THAT Ditech and Fannie Mae shall be granted an extension to **September 29, 2017** to file their Response to Defendant's Motion to Dismiss (ECF No. 14).

THAT Lockmor shall be granted an extension to **October 6, 2017** to file its Response to Ditech's Motion for Summary Judgment (ECF No. 15).

///
///
///
///
///
///
///
///
///
///
///
///
///

2841084.1

THAT this stipulated extension is not submitted for any improper purpose or delay.

**IT IS SO STIPULATED.**

DATED:  September 13, 2017                    WOLFE & WYMAN LLP


By: */s/ Colt B. Dodrill*
_____
     COLT B. DODRILL, ESQ.
     Nevada Bar No. 9000
     6757 Spencer St.
     Las Vegas, NV  89119

     Attorneys for Plaintiffs
     DITECH FINANCIAL LLC and FEDERAL
     NATIONAL MORTGAGE ASSOCIATION

DATED:  September 13, 2017                    MCCOY LAW GROUP, Ltd.


By: */s/ Brandon McCoy*
_____
     BRANDON MCCOY, ESQ.
     Nevada Bar No. 10402
     625 S. 8th St., 2nd Floor
     Las Vegas, NV  89101

     Attorneys for Defendant
     LOCKMOR HOLDINGS, LLC


**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: September 13, 2017.