**SAO**
BRANDON W. MCCOY, ESQ.
Nevada Bar No.: 10402
**MCCOY LAW GROUP, Ltd.**
625 S. 8th Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 384-2600 *Telephone*
(702) 384-2603 *Facsimile*
*bmccoy@mccoylawgroup.com*
*Attorney for Defendant,*
*LOCKMOR HOLDINGS, LLC*

**DISTRICT COURT**
**FAMILY DIVISION**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC; FEDERAL, NATIONAL MORTGAGE ASSOCIATION<br>Plaintiff,<br><br>vs.<br><br>LOCKMOR HOLDINGS, LLC,<br><br>Defendant. | Case No.: 2:17CV-01829-JAD-PAL<br><br>**STIPULATION AND ORDER ON MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

**COMES NOW**, Defendant, by and through his attorney of record, and Plaintiff, by and through their attorney of record, and hereby stipulate as follows:

WHEREAS, On September 1, 2017 Defendant Lockmor moved to dismiss. ECF No. 14

WHEREAS, Ditech's response to the Motion to Dismiss is due September 15, 2017.

WHEREAS, on September 1, 2017, Ditech moved for Summary Judgment. ECF No.15.

WHEREAS, Lockmor's Response to Plaintiff's Motion for Summary Judgement is due on October 6, 2017. ECF No. 18.

WHEREAS, Lockmor's Reply to Ditech's Response to Motion for to Dismiss is due on September 29, 2017. ECF. No 18.

///
///
///
///

WHEREAS, Ditech's Reply to Defendant's Response for Motion for Summary Judgement is due on October 13, 2017.

WHEREAS, the parties agree to extend deadlines.

Good cause exists to extend the deadlines because attorney for Defendant had a family emergency.

Therefore the parties stipulate and agree as follows:

THAT Lockmor shall be granted an extension to **Friday October 13, 2017** to file its Opposition for Plaintiff's Motion for Summary Judgement.

THAT Ditech shall be granted an extension to **Friday November 3, 2017** to file its Reply to Defendant's Opposition for Motion For Summary Judgement.

THAT this stipulated extension is not submitted for any improper purpose or delay.

**IT IS SO STIPULATED.**

**DATED** this ___ day of October, 2017.                **DATED** this ___ day of October, 2017.

**MCCOY LAW GROUP, Ltd.**                               **WOLFE & WYMAN, LLP**

__/s/ Brandon McCoy_____                              ____/s/ Colt Dodrill_____
BRANDON W. MCCOY, Esq.                                  COLT B. DODRILL, ESQ.
Nevada Bar No.: 10402                                   Nevada Bar No.: 9000
625 S. 8th Street, 2nd Floor                            6757 Spencer St.
Las Vegas, NV 89101                                     Las Vegas, NV 89119
(702) 384-2600 *Telephone*                              *Attorney for Plaintiff*
(702) 384-2603 *Facsimile*
*Attorney for Defendant*

**IT IS SO ORDERED.**

**DATED:** _10/11/2017_____

_____
UNITED STATED DISTRICT JUDGE