**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**WOLFE & WYMAN LLP**
6757 Spencer St.
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com

Attorneys for Plaintiffs
DITECH FINANCIAL LLC and
FEDERAL NATIONAL MORTGAGE
ASSOCIATION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government-sponsored entity,<br><br>Plaintiffs,<br><br>v.<br><br>LOCKMOR HOLDINGS, LLC.; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 520 Arrowhead Trail, #1122, Henderson, NV 89015 .<br><br>Defendants. | CASE NO.: 2:17-cv-01829-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTIONS**<br><br>**(THIRD REQUEST)[1]** |

Pursuant to LR 6-1(b), DITECH FINANCIAL LLC (formerly known as Green Tree Servicing LLC (hereinafter "Ditech"), FEDERAL NATIONAL MORTGAGE ASSOCIATION (hereinafter "Fannie Mae") and Lockmor Holdings, LLC (hereinafter "Lockmor") by and through their attorneys, hereby stipulate as follows:

WHEREAS, on September 1, 2017, Ditech moved for summary judgment. ECF No. 15.

WHEREAS, on October 13, 2017, Lockmor filed its response to the Motion for Summary

---

[1] This is the first request for an extension to respond to Lockmor's Countermotion for Attorney's Fees. In the interest of judicial economy it is included with this third request for an extension to file Reply Points and Authorities in support of Ditech's Motion for Summary Judgment.

1

2876122.1

1 | Judgment. ECF No. 26.

WHEREAS, on October 13, 2017, Lockmor also filed its Countermotion for Attorney's Fees. ECF No. 27.

WHEREAS, Ditech's Reply in support of Motion for Summary Judgment is due November 3, 2017. ECF No. 25.

WHEREAS, Lockmor's Reply to file its Reply in support of Countermotion for Attorney's Fees is due November 10, 2017.

WHEREAS the parties wish to extend the deadlines.

WHEREAS good cause exists to extend the response deadlines based on the volume of cases raising similar issues handled by counsel for Ditech and Fannie Mae, and the unexpected Countermotion for Attorney's Fees. An extension for Ditech and Fannie Mae to respond to Defendant's Countermotion for Attorney's Fees will allow Ditech and Fannie Mae the opportunity to address these new arguments. An extension for Lockmor to file its Reply in support of its Countermotion for Attorney's Fees is appropriate as counsel is in the process of catching up following a family emergency.

Therefore, the parties stipulate and agree as follows:

THAT Ditech Mae shall be granted a three-day extension to **November 6, 2017** to file its Reply in support of Motion for Summary Judgment. ECF No. 15.

THAT Ditech shall be granted an extension to **November 6, 2017** to file its Response in Opposition to Countermotion for Attorney's Fees. ECF No. 27.

THAT Lockmor shall be granted an extension to **November 20, 2017** to file its Reply in support of Countermotion for Attorney's Fees. ECF No. 27.

///
///
///
///
///
///

2876122.1

THAT this stipulated extension is not submitted for any improper purpose or delay.

**IT IS SO STIPULATED.**

DATED: October 24, 2017						WOLFE & WYMAN LLP


By: */s/ Colt B. Dodrill*
COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
6757 Spencer St.
Las Vegas, NV  89119

Attorneys for Plaintiffs
DITECH FINANCIAL LLC and FEDERAL NATIONAL MORTGAGE ASSOCIATION

DATED: October 24, 2017						MCCOY LAW GROUP, Ltd.


By: */s/ Brandon McCoy*
BRANDON MCCOY, ESQ.
Nevada Bar No. 10402
625 S. 8th St., 2nd Floor
Las Vegas, NV  89101

Attorneys for Defendant
LOCKMOR HOLDINGS, LLC


**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 24, 2017.

3

2876122.1