1  **SAO**
   BRANDON W. MCCOY, Esq..
2  Nevada Bar No.: 10402
   **MCCOY LAW GROUP, Ltd.**
3  625 S. 8th Street, 2nd Floor
   Las Vegas, Nevada 89101
4  (702) 384-2600 *Telephone*
   (702) 384-2603 *Facsimile*
5  bmccoy@mccoylawgroup.com
   *Attorney for Defendant,*
6  *LOCKMOR HOLDINGS, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION<br>Plaintiff,<br><br>vs.<br><br>LOCKMOR HOLDINGS, LLC,<br><br>Defendant. | Case No.: 2:17CV-01829-JAD-PAL<br><br>Order Granting Stipulation to Extend Response Deadline for Motion for Summary Judgment<br><br>(First Request)<br><br>[ECF No. 46] |

**STIPULATION AND ORDER TO CONTINUE RESPONSE DUE DATE**

**COMES NOW**, Defendant, LOCKMOR HOLDINGS, LLC, by and through their attorney, BRANDON W. MCCOY, Esq., of MCCOY LAW GROUP, Ltd., and Plaintiffs, DITECH FINANCIAL LLC and FEDERAL NATIONAL MORTGAGE ASSOCIATION, by and through their attorney, COLT B. DODRILL, ESQ,. of WOLFE & WYMAN, LLP., and hereby stipulate and agree as follows:

///

///

///

///

///

///

///

**IT IS HEREBY STIPULATED AND AGREED** that the Defendant's due date for filing it's Response currently scheduled for August 2, 2019, be continued approximately two weeks or until August 20, 2019. The reason for the extension is to allow the parties to continue settlement discussions.

**DATED** this 1st day of August, 2019.

**MCCOY LAW GROUP, Ltd.**

/s/Brandon W. McCoy_____
BRANDON W. MCCOY, Esq.
Nevada Bar No.: 10402
625 S. 8th St., 2nd Floor
Las Vegas, Nevada 89101
(702) 384-2600 *Telephone*
(702) 384-2603 *Facsimile*
bmccoy@mccoylawgroup.com
*Attorney for Defendant,*
LOCKMOR HOLDINGS, LLC

**DATED** this 1st day of August, 2019.

**WOLFE & WYMAN, LLP.**

/s/Colt B. Dodrill_____
COLT B. DODRILL, Esq.
Nevada Bar No.: 9000
6757 Spencer Street
Las Vegas, Nevada 89119
(702) 476-0100 *Telephone*
(*702) 476-0101 *Facsimile*
cbdodrill@wolfewyman.com
*Attorney for Plaintiffs,*
DITECH FINANCIAL LLC and FEDERAL
NATIONAL MORTGAGE ASSOCIATION

## ORDER

Pursuant to the Stipulation of the parties and for good cause, therefore,

**IT IS HEREBY ORDERED** that the Defendant's due date for filing it's Response, currently scheduled for August 2, 2019, be continued approximately two weeks or until August 20, 2019.

**DATED** this 6th day of August, 2019.

_____
U.S. District Judge Jennifer A. Dorsey

Respectfully Submitted by:

**MCCOY LAW GROUP, Ltd.**

_/s/Brandon W. McCoy_____
BRANDON W. MCCOY, Esq.
Nevada Bar No.: 10402
625 S. 8th Street, 2nd Floor
Las Vegas, NV 89101
(702) 384-2600 *Telephone*
(702) 384-2603 *Facsimile*
bmccoy@mccoylawgroup.com
*Attorney for Defendant,*
*LOCKMOR HOLDINGS, LLC*