BRANDON W. MCCOY, Esq..
Nevada Bar No.: 10402
**MCCOY LAW GROUP, Ltd.**
625 S. 8th Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 384-2600 *Telephone*
(702) 384-2603 *Facsimile*
*bmccoy@mccoylawgroup.com*
*Attorney for Defendant,*
*LOCKMOR HOLDINGS, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION<br><br>Plaintiff,<br><br>vs.<br><br>LOCKMOR HOLDINGS, LLC,<br><br>Defendant.<br>_____ | Case No.: 2:17-cv-01829-JAD-BNW<br><br>Stipulation and Order to Extend Response Deadline for Motion for Summary Judgment<br><br>(Second Request) |

## <u>STIPULATION AND ORDER TO CONTINUE RESPONSE DUE DATE</u>

**COMES NOW**, Defendant, LOCKMOR HOLDINGS, LLC, by and through their attorney,

BRANDON W. MCCOY, Esq., of MCCOY LAW GROUP, Ltd., and Plaintiffs, DITECH

FINANCIAL LLC and FEDERAL NATIONAL MORTGAGE ASSOCIATION, by and through

their attorney, COLT B. DODRILL, ESQ,. of WOLFE & WYMAN, LLP., and hereby stipulate and

agree as follows:

///

///

///

///

///

///

///

1   **IT IS HEREBY STIPULATED AND AGREED** that the Defendant's new due date for

2   filing it's Response will be August 30, 2019, then a three (3) week grace period allowing for the

3   Plaintiff's to Reply.  The  reason for the extension is to allow the parties to continue settlement

4   discussions.

5

6   **DATED** this 21st day of August, 2019.          **DATED** this 21st day of August, 2019.

7
8   **MCCOY LAW GROUP, Ltd.**                         **WOLFE & WYMAN, LLP.**

9   _/s/Brandon W. McCoy_____                        _/s/Colt B. Dodrill_____
    BRANDON W. MCCOY, Esq.                             COLT B. DODRILL, Esq.
10  Nevada Bar No.: 10402                              Nevada Bar No.: 9000
    625 S. 8th St., 2nd Floor                          6757 Spencer Street
11  Las Vegas, Nevada 89101                            Las Vegas, Nevada 89119
    (702) 384-2600 *Telephone*                         (702) 476-0100 *Telephone*
12  (702) 384-2603 *Facsimile*                         (*702*) 476-0101 *Facsimile*
    *bmccoy@mccoylawgroup.com*                         *cbdodrill@wolfewyman.com*
13  *Attorney for Defendant,*                          *Attorney for Plaintiffs,*
    *LOCKMOR HOLDINGS, LLC*                            *DITECH FINANCIAL LLC and FEDERAL*
14                                                     *NATIONAL MORTGAGE ASSOCIATION*

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                   2

<u>**ORDER**</u>

Pursuant to the Stipulation of the parties and for good cause, therefore,

**IT IS HEREBY ORDERED** that the Defendant's new due date for filing it's Response will be

August 30, 2019, then a three (3) week grace period allowing for the Plaintiff's to Reply.


_____
UNITED STATES DISTRICT JUDGE
Dated: August 27, 2019.

Respectfully Submitted by:

**MCCOY LAW GROUP, Ltd.**


_/s/Brandon W. McCoy_____
BRANDON W. MCCOY, Esq.
Nevada Bar No.: 10402
625 S. 8th Street, 2nd Floor
Las Vegas, NV 89101
(702) 384-2600 *Telephone*
(702) 384-2603 *Facsimile*
*bmccoy@mccoylawgroup.com*
*Attorney for Defendant,*
*LOCKMOR HOLDINGS, LLC*